PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>JOSE BETANCOURT,<br><br>         Defendant. | CASE NO. 1:22-CR-00045-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: June 22, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 22, 2022.

2. By this stipulation, the parties move to continue the status conference until September 14, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 22, 2022, and September 14, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

  a) Initial discovery was provided to defendant on or about February 24, 2022, including 297 Bates-stamped items consisting of reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal history.

b) On May 16, 2022, the Court entered an order substituting undersigned defense counsel for former defense counsel.  ECF No. 20.

c) In light of the recent substitution, counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2022 to September 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

*Remainder of This Page Intentionally Left Blank*

IT IS SO STIPULATED.

Dated:  June 14, 2022	PHILLIP A. TALBERT
	United States Attorney


	/s/ CHRISTOPHER D. BAKER
	CHRISTOPHER D. BAKER
	Assistant United States Attorney


Dated:  June 14, 2022	/s/ DAVID A. TORRES
	DAVID A. TORRES
	Counsel for Defendant
	JOSE BETANCOURT

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 22, 2022, to **September 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 15, 2022**	/s/ *Barbara A. McAuliffe*
	UNITED STATES MAGISTRATE JUDGE

3