PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BETANCOURT,<br><br>Defendant. | CASE NO. 1:22-CR-00045-DAD-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: September 14, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on September 14, 2022.

2. By this stipulation, the parties move to continue the status conference until December 14, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between September 14, 2022, and December 14, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about February 24, 2022, including 297 Bates-stamped items consisting of reports of investigation, body worn camera recordings, photographs, certified conviction records and a summary of defendant's criminal

1

history.

       b) On May 16, 2022, the Court entered an order substituting undersigned defense counsel for former defense counsel. ECF No. 20.

       c) In light of the recent substitution, counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

       d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2022 to December 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

*Remainder of This Page Intentionally Left Blank*

IT IS SO STIPULATED.

Dated: September 2, 2022                             PHILLIP A. TALBERT
                                                     United States Attorney


                                                     /s/ CHRISTOPHER D. BAKER
                                                     CHRISTOPHER D. BAKER
                                                     Assistant United States Attorney


Dated: September 2, 2022                             /s/ DAVID A. TORRES
                                                     DAVID A. TORRES
                                                     Counsel for Defendant
                                                     JOSE BETANCOURT

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 14, 2022, to **December 14, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **September 7, 2022**                        /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE