1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00045-DAD-BAM

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                            ORDER

14 JOSE BETANCOURT,                        DATE: December 14, 2022
                                           TIME: 1:00 p.m.
15                      Defendant.         COURT: Hon. Magistrate Judge Barbara A. McAuliffe

16

17                                **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.     By previous order, this matter was scheduled for a status conference on December 14,

21 2022.

22        2.     By this stipulation, the parties move to continue the status conference until April 26,

23 2023, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial

24 Act between December 14, 2022, and April 26, 2023.

25        3.     The parties agree and stipulate, and request that the Court find the following:

26               a)     Initial discovery was provided to defendant on or about February 24, 2022,

27 including 297 Bates-stamped items consisting of reports of investigation, body worn camera

28 recordings, photographs, certified conviction records and a summary of defendant's criminal

                                              1

history.

b)      On May 16, 2022, the Court entered an order substituting undersigned defense counsel for former defense counsel.  ECF No. 20.

c)      A plea agreement was sent to defense counsel and a counteroffer has been communicated.  Counsel for the government was recently assigned this matter due to the assigned AUSA leaving the office and needs additional time to evaluate the counteroffer.

d)      In light of the recent substitution, counsel for defendant desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022 to April 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

*Remainder of This Page Intentionally Left Blank*

IT IS SO STIPULATED.

Dated:  September 2, 2022                        PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ LAUREL J. MONTOYA
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney


Dated:  September 2, 2022                        /s/ DAVID A. TORRES
                                                DAVID A. TORRES
                                                Counsel for Defendant
                                                JOSE BETANCOURT


## ORDER

IT IS SO ORDERED that the status conference is continued from December 14, 2022, to **April 26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 7, 2022**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

3