PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE BETANCOURT,<br><br>                    Defendant. | CASE NO. 1:22-CR-00045-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 14, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 14, 2023.

2. By this stipulation, the parties request that the matter be set for change of plea hearing on May 8, 2023 at 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) A signed plea agreement was filed in this matter on April 19, 2023.

   b) The status conference set for June 14, 2023 can be vacated in light of the filed plea agreement.

   c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2023 to June 14, 2023,

1

inclusive, has previously been deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    d) Based on the previous exclusion of time to and through June 14, 2023, no further exclusion is necessary at this time.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  April 19, 2023            PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ LAUREL J. MONTOYA
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney

Dated:  April 19, 2023            /s/ DAVID A. TORRES
                                  DAVID A. TORRES
                                  Counsel for Defendant
                                  JOSE BETANCOURT

IT IS SO ORDERED.

   Dated:   April 21, 2023         _____
                                  UNITED STATES DISTRICT JUDGE

2