**TORRES | TORRES STALLNIGS**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOSE BETANCOURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE BETANCOURT,<br><br>　　　　Defendant | ) Case No.: 1:22-cr-0045 ADA-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE SENTENCING DATE**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, JOSE BETANCOURT, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, September 25, 2023, be continued to Monday, November 6, 2023.

　　Counsel needs additional time to compile mitigating information for Mr. Betancourt's sentencing memorandum. I have spoken to AUSA Laurel J. Montoya, and she has no objection to continuing the sentencing hearing.

　　//

　　//

　　//

　　//

1       **IT IS SO STIPULATED.**

2                                                                    Respectfully Submitted,

3    DATED: September 12, 2023                        */s/ David A Torres*
                                                      DAVID A. TORRES
4                                                     Attorney for Defendant
                                                      JOSE BETANCOURT
5

6

7    DATED: September 12, 2023                        */s/Laurel J. Montoya*
                                                      LAUREL J. MONTOYA
8                                                     Assistant U.S. Attorney

9

10

11                                    **ORDER**

12      **IT IS SO ORDERED** that the sentencing hearing be continued to November 6, 2023.

13

14

15   IT IS SO ORDERED.

16      Dated:   September 12, 2023              _____
17                                               UNITED STATES DISTRICT JUDGE