**TORRES | TORRES STALLINGS**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JOSE BETANCOURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:22-cr-00045 ADA-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| vs. | ) |
| JOSE BETANCOURT, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE BETANCOURT, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, November 6, 2024, be continued to Monday, January 22, 2024.

   I am recovering from a two-week bout of COVID/pneumonia wherein I was out of the office for two weeks. I am behind in mt work, including the above captioned matter. I have informed AUSA Laurel Montoya of my need for a continuance of sentencing and am requesting that the matter be continued to January 22, 2024. AUSA Montoya has no objection to continuing the sentencing hearing.

   //

   //

   //

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 31, 2023                              */s/ David A Torres*
                                                                     DAVID A. TORRES
                                                                     Attorney for Defendant
                                                                     JOSE BETANCOURT

DATED: October 31, 2023                              */s/Laurel J. Montoya*
                                                                     LAUREL J. MONTOYA
                                                                     Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to January 22, 2024.

IT IS SO ORDERED.

Dated:   November 1, 2023                          _____
                                                                     UNITED STATES DISTRICT JUDGE